UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>        Plaintiff,<br><br>    v.<br><br>KARI COOK, *et al.*,<br><br>        Defendants. | Case No.  C05-503L<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND TIME AND FOR INVESTIGATION |

This matter comes before the Court on the motion filed by *pro se* plaintiff Donald Cole Burchett.  In his motion, Mr. Burchett states that he had previously submitted an amended complaint and other documents that were not received by this Court.  He requests permission to file an objection to the Report and Recommendation (Dkt. # 9) and requests that this Court instruct the U.S. Marshal's Service to "investigate the handling of my legal evidence in this case."  (Dkt. # 8 at p. 1).

Plaintiff's motion is granted in part and denied in part.  Plaintiff's request to file an objection to the Report and Recommendation is GRANTED.  Plaintiff has until August 12, 2005 to file either an amended complaint or an objection to the Report and Recommendation.

ORDER REGARDING PLAINTIFF'S
MOTION TO EXTEND TIME AND
FOR INVESTIGATION

1 Plaintiff's request that the U.S. Marshal's Service investigate the handling of the evidence
2 submitted in this case is DENIED.

4      DATED this 27th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFF'S
MOTION TO EXTEND TIME AND
FOR INVESTIGATION                    -2-