1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>    Plaintiff,<br><br>  v.<br><br>KARI COOK, *et al.*,<br><br>    Defendants. | Case No.  C05-503L<br><br>ORDER DENYING MOTION FOR PROTECTION |

This matter comes before the Court on the "Motion Requesting Protection" (Dkt. # 17) filed by plaintiff. In his motion, plaintiff, who is currently incarcerated, claims that he is being threatened by defendants and their friends, is prevented from making photocopies, and is denied access to evidence relating to this lawsuit.

Plaintiff's motion is denied. Plaintiff's allegations, though serious, are unsupported and, at best, vague. Plaintiff does not identify which "friends" are threatening him, how those threats are connected to this lawsuit, or what evidence he has been unable to access. Similarly, plaintiff does not identify the type of "protection" that would accord him relief. Under the circumstances, plaintiff has not provided sufficient evidence for this Court to grant prospective

ORDER DENYING MOTION
FOR PROTECTION

1 relief. For all of the foregoing reasons, plaintiff's motion is DENIED.

3   DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge