1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD COLE BURCHETT,

    Plaintiff,

  v.

KARI COOK, *et al.*,

    Defendants.

Case No. C05-503L

ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT

    This matter comes before the Court on the "Motion for Judgment By Default" (Dkt. # 19) filed by *pro se* plaintiff Donald Cole Burchett. In his motion, Mr. Burchett claims that defendants Kari Cook, Carol Van Buren, and Dwight Preston are in default because they have failed to timely file an answer to his complaint. Plaintiff is mistaken. The defendants have 60 days from June 28, 2005 to answer the complaint. The 60-day period has not expired and, accordingly, no default has occurred. Plaintiff's motion is DENIED.

    DATED this 17th day of August, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REGARDING MOTION
FOR JUDGMENT BY DEFAULT