UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD COLE BURCHETT,

    Plaintiff,

v.

KARI COOK,

    Defendants.

Case No. C05-503L

ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND TIME AND REQUEST FOR COMPLAINT FORM

This matter comes before the Court on the "Motion to Extend Time" (Dkt. # 21) filed by *pro se* plaintiff Donald Cole Burchett. In his motion, Mr. Burchett requests a second extension of time to file an objection to the Magistrate Judge's report and recommendation or an amended complaint. In addition, plaintiff requests that this Court send him a "complaint form."

Plaintiff's motion is granted in part and denied in part. Plaintiff's request for an extension of time is GRANTED. Plaintiff has until August 31, 2005 to file either an amended complaint or an objection to the Report and Recommendation. Plaintiff's request that the Court send him a "complaint form" is DENIED.

DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge