1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES KAHAN, *et al.*, <br><br> Defendants. | Case No. C05-503L <br><br> ORDER GRANTING EXTENSION OF TIME AND AMENDING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

This matter comes before the Court on the "Motion for Extension of Time" (Dkt. # 17) filed by *pro se* plaintiff Robert Kelley. Defendants do not object to the motion, but do indicate their intention to oppose any further extensions of time or other delays.

Plaintiff's motion is GRANTED. The Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. # 11) is AMENDED to reflect the following initial scheduling dates:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | **September 13, 2005** |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | **September 20, 2005** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | **September 27, 2005** |

ORDER GRANTING EXTENSION OF
TIME AND AMENDING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT

1     In all other respects, the Order Regarding Initial Disclosures, Joint Status Report and
2 Early Settlement remains unchanged.

3

4     DATED this 29th day of August, 2005.

                                          */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER GRANTING EXTENSION OF
TIME AND AMENDING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT         -2-