1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>  Plaintiff,<br><br>  v.<br><br>KARI COOK, *et al.*,<br><br>  Defendants. | Case No. C05-503L<br><br>ORDER VACATING IMPROPERLY FILED ORDER AND STRIKING IT FROM DOCKET |

This matter comes before the Court *sua sponte*. The Order Granting Extension of Time and Amending Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 31, the "Order") was erroneously filed under this case number instead of under its proper case number, C05-115L. Accordingly, the Court VACATES the Order and STRIKES it from the docket.

DATED this 31st day of August, 2005.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge