UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD COLE BURCHETT,

    Plaintiff,

v.

KARI COOK, *et al.*,

    Defendants.

Case No. C05-503L

ORDER REGARDING PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION

    This matter comes before the Court on the "Objection to Report and Recommendation Dated June 22, 2005" filed by *pro se* plaintiff Donald Cole Burchett (Dkt. # 26). Magistrate Judge Benton issued a Report and Recommendation on June 22, 2005 (Dkt. # 9). On July 27, 2005, this Court granted Plaintiff's request to file an objection to the Report and Recommendation, due August 12, 2005 (Dkt. # 16). Mr. Burchett's instant objection was filed August 18, 2005, along with a letter indicating that the delay was due to administrative difficulties regarding copies and envelopes.

    Pursuant to Rule 72(b), this action is recommitted to Magistrate Judge Benton with instructions to reconsider the Report and Recommendation in light of Mr. Burchett's new submission regarding his claim against defendant Manny Santos. Fed. R. Civ. P. 72(b) (upon receipt of a party's objections, the "district judge may accept, reject, or modify the

ORDER REGARDING PLAINTIFF'S
OBJECTIONS TO THE REPORT
AND RECOMMENDATION

1  recommended decision, receive further evidence or recommit he matter to the magistrate judge
2  with instructions").

4      DATED this 20th day of September, 2005.

                                             /s/ Robert S. Lasnik
                                             Robert S. Lasnik
                                             United States District Judge